The People of the State of Illinois, Defendant in Error, v. Emma Perry, Plaintiff in Error.

Gen. No. 14,754.

MUNICIPAL COURT—*when without jurisdiction*. The Municipal Court has no jurisdiction to proceed by information to the trial of a person accused of *petit* larceny.

Proceeding by information. Error to the Municipal Court of Chicago; the Hon. JUDSON F. GOING, Judge, presiding. Heard in this court at the March term, 1909. Reversed. Opinion filed June 30, 1910.

J. GRAY LUCAS, for plaintiff in error.

JOHN E. W. WAYMAN and CLIFFORD G. ROE, for defendants in error.

Mr. Presiding Justice Holdom delivered the opinion of the court.

Emma Perry, the plaintiff in error, was proceeded against by information in the Municipal Court of Chicago, charged with having committed the crime of *petit* larceny. She was arrested and arraigned before the bar of the Municipal Court, and pleading guilty to the charge was fined one dollar and ordered to be confined in the House of Correction for six months and also condemned to pay the costs of the prosecution.

We are not concerned with the assignments of error or the arguments of counsel discussing them, because since suing out the writ of error the Supreme Court held in People v. Jennie Russell, 245 Ill. 268, that under existing legislation the crime of *petit* larceny can only be prosecuted under an indictment by a grand jury. Consequently the Municipal Court had no jurisdiction to proceed by information to the trial of plaintiff in error for *petit* larceny. Jurisdiction of the subject-matter is indispensable to sustain a conviction.

The judgment of the Municipal Court is reversed.

*Reversed.*